IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EARL E. SNYDER, JR.,**

    **Plaintiff,**

**v.**

**BOB LEDBETTER, Chief of Police,
Carbondale Police Department, in
his official and individual capacities,
SERGEANT BUNMER, In his official
and individual capacities, OFFICER
DENNIS HEAVRIN, OFFICER STEPHANIE
JOHNSON, SGT. CHARLES SHIPLETT,
and CITY OF CARBONDALE, A Municipal
Corporation,**

    **Defendants.**                                                   Case No. 08-cv-753-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal filed March 3, 2010.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 3, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.------------------------------------------------------------------

                                              **NANCY J. ROSENSTENGEL,
CLERK OF COURT**

                                              **BY:**      **/s/*Sandy Pannier***
                                                                **Deputy Clerk**

Dated: March 4, 2010

APPROVED: /s/ *David R Herndon*
                 **CHIEF JUDGE
                 U. S. DISTRICT COURT**